AUG 1 4 2002

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**ORIGINAL**

Apr 19  12 39 PM '04

U. S. DISTRICT COURT
NEW HAVEN, CONN.

JOHN DENBY

V.

COMMISSIONER OF CORRECTION

PRISONER

CASE NO.    3:02CV1143(JBA)(JGM)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c),

the undersigned party or parties to the above-captioned civil matter hereby voluntarily

consent to have a United States Magistrate Judge conduct any and all further proceedings

in the case, including trial, and order the entry of a final judgment.

3-5-02
_____
Date

_____
Signature of Plaintiff(s)

John Denby
_____
Printed/Typed Name

April 7, 2004
_____
Date

_____
Signature of Defendant(s)

Jo Anne Sulik, Attorney for Commissioner
Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO
JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM
TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

IT IS SO ORDERED.

New Haven, Connecticut.
April 14, 2004

Janet Bond Arterton, U.S.D.J.