IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------x
          :

JOHN A. DENBY          :   3:02 CV 1143 (JGM)
          :
v.          :
          :
COMMISSIONER OF CORRECTION    :   DATE: MAY 6, 2004
          :
-------------------------------------------------------------x

MEMORANDUM OF DISCOVERY CONFERENCE

Date of Conference:  May 6, 2004

Attorneys Present:   William M. Bloss, Esq.
          (For Petitioner)(by telephone)

          Jo Anne Sulik, Esq.
          (For Respondent)(by telephone)

DISCUSSIONS

Counsel agreed to the deadlines set forth below.

ORDERS

1.  By agreement of counsel, petitioner will file a dispositive motion **on or before August 27, 2004**, respondent will file a brief in opposition **on or before September 24, 2004**, and petitioner may file a reply brief **on or before October 8, 2004**.

2.  The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 6th day of May, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge