3:00 pm
3:10 pm
10 min

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
(203)773-2350

May 6, 2004

3:00pm

CASE NO. **3:02CV1143** (JGM)  **Denby v. Commissioner**

William M. Bloss                          John Denby
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001
203-772-3100


Carolyn K. Longstreth                     Commissioner of Corrections
Chief State Attorney Office
300 Corporate Place
Rocky Hill, CT 06067
860-258-5800

Jo Anne Sulik                             Commissioner of Corrections
Chief State Attorney Office
300 Corporate Place
Rocky Hill, CT 06067
860-258-5800


                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK