UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            :
**JOHN DENBY**                              :
                                            :   CIV. NO. 3:02-CV1143 (JBA) (JGM)
**VS.**                                     :
                                            :
**COMMISSIONER OF CORRECTION**              :   AUGUST 27, 2004
_____        :

**NOTICE OF AMENDED APPEARANCE**

  Please take note that the appearance of undersigned counsel for the defendant is amended to reflect the following change of address:

    William M. Bloss
    Koskoff Koskoff & Bieder, P.C.
    350 Fairfield Avenue
    Bridgeport, CT 06604
    TEL:  203-336-4421
    FAX:  203-368-3244
    email: bbloss@koskoff.com

          THE PETITIONER

By  _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
email: [bbloss@koskoff.com](mailto:bbloss@koskoff.com)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Appearance has been mailed, postage prepaid, on this 27th day of August, 2004, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

_____
William M. Bloss