UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DENBY : | |
| : | CIV. NO. 3:02-CV1143 (JBA) (JGM) |
| VS. : | |
| : | |
| COMMISSIONER OF CORRECTION : | AUGUST 27, 2004 |
| : | |

## MOTION TO AMEND SCHEDULING ORDER

The petitioner in the above-referenced case hereby moves to extend the scheduling order in this case to allow for dispositive motions to be filed on or before October 27, 2004, on the following grounds:

The undersigned was appointed under the terms of the Criminal Justice Act to represent the petitioner in this case. In the time since that appointment, the undersigned has changed law firms, which has resulted in some delay. Further, the undersigned was appointed on one direct appeal to the Second Circuit, with a brief due September 1, 2004, and a collateral attack in the Second Circuit, the brief in which was filed three weeks ago. Further, the undersigned recently finished a six-week jury trial in state court. All of this has limited the available time to work on this matter.

This is the first motion addressed to this time limit. Respondent has no objection to this motion being granted.

                    THE PETITIONER

             By  _____
                 William M. Bloss
                 Federal Bar No. ct01008
                 Koskoff Koskoff & Bieder, P.C.
                 350 Fairfield Avenue
                 Bridgeport, CT 06604
                 TEL:  203-336-4421
                 FAX:  203-368-3244
                 email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion to Continue has been mailed, postage prepaid, on this 27th day of August, 2004, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

                                                      _____
                                                        William M. Bloss