UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| **JOHN DENBY** | : |
| | : |
| | : CIV. NO. 3:02-CV1143 (JBA) (JGM) |
| **VS.** | : |
| | : |
| **COMMISSIONER OF CORRECTION** | : September 1, 2004 |
_____:

## CORRECTED NOTICE OF AMENDED APPEARANCE

Please take note that the appearance of undersigned counsel for the petitioner is amended to reflect the following change of address:

    William M. Bloss
    Koskoff Koskoff & Bieder, P.C.
    350 Fairfield Avenue
    Bridgeport, CT 06604
    TEL:  203-336-4421
    FAX:  203-368-3244
    email: bbloss@koskoff.com

    THE PETITIONER

    By _____
    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder, P.C.
    350 Fairfield Avenue
    Bridgeport, CT 06604
    TEL:  203-336-4421
    FAX:  203-368-3244
    email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 1st of September, 2004, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

_____
William M. Bloss