UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DENBY | : |
| | : CIV. NO. 3:02-CV1143 (JBA) (JGM) |
| VS. | : |
| | : |
| COMMISSIONER OF CORRECTION | : October 28, 2004 |

## SECOND MOTION TO AMEND SCHEDULING ORDER

The petitioner in the above-referenced case hereby moves to extend the scheduling order in this case to allow for dispositive motions to be filed on or before November 27, 2004, on the following grounds:

The undersigned was appointed under the terms of the Criminal Justice Act to represent the petitioner in this case. In the time since that appointment, the undersigned has changed law firms, which has resulted in some delay in completing his investigation of the matter. The issues presented are factually and legally complex, and more time is needed for filing appropriate documents.

This is the second motion addressed to this time limit. Respondent has no objection to this motion being granted.

          THE PETITIONER

By  _____
    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder, P.C.
    350 Fairfield Avenue
    Bridgeport, CT 06604
    TEL: 203-336-4421
    FAX: 203-368-3244
    email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion to Continue has been mailed, postage prepaid, on this 28th day of October, 2004, to all counsel of record, as follows:

Jo Ann Sulik, Esquire  
Assistant States Attorney  
300 Corporate Place  
Rocky Hill, CT 06067

 

                                                                                     _____  
                                                                                      William M. Bloss