UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DENBY | : |
| | : CIV. NO. 3:02-CV1143 (JBA) (JGM) |
| VS. | : |
| COMMISSIONER OF CORRECTION | : November 27, 2004 |

## THIRD MOTION TO AMEND SCHEDULING ORDER

The petitioner in the above-referenced case hereby moves to extend the scheduling order in this case to allow for dispositive motions to be filed on or before December 2, 2004, on the following grounds:

The undersigned was appointed under the terms of the Criminal Justice Act to represent the petitioner in this case.  In the time since that appointment, the undersigned has changed law firms, which has resulted in some delay in completing his investigation of the matter.   The issues presented are factually and legally complex, and more time is needed for filing appropriate documents.

This is the third motion addressed to this time limit.  Respondent has no objection to this motion being granted.

THE PETITIONER


By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL:  203-336-4421
FAX:  203-368-3244
email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion to Continue has been mailed, postage prepaid, on this 27th day of November, 2004, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

                                                                             _____
                                                                             William M. Bloss