UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**JOHN DENBY** :
: CIV. NO. 3:02-CV1143 (JBA) (JGM)
**VS.** :
:
**COMMISSIONER OF CORRECTION** : December 7, 2004
_____:

### INDEX OF EXHIBITS TO

### MEMORANDUM OF LAW IN SUPPORT OF PETITIONER's

### 28 U.S.C. § 2254 PETITION FOR WRIT OF HABEAS CORPUS

| Exhibit No. | Exhibit Abbreviation | Description of Exhibit |
|---|---|---|
| 1 | TT | Trial Transcript* |
| 2A-2B | 1HT | First Habeas Transcript |
| 3 | 1HM | First Habeas Memorandum of Decision |
| 4 | TCA** | Trial closing arguments by counsel and Charge to the Jury |
| 5A-5D | 2HT | Second Habeas Transcript |
| 6 | | Walker Drug Assessment (Petitioner's Exhibit 10 at the Second Habeas Hearing) |
| 7 | | Relevant portions of the DSM (Petitioner's Exhibit 12 at the Second Habeas Hearing) |
| 8 | | Department of Corrections (DOC) Document 5 (Petitioner's Exhibit 8 at Second Habeas Hearing) |

| | | |
|---|---|---|
| 9 | | Addiction Services Report (Petitioner's Exhibit 10 at Second Habeas Hearing) |
| 10 | | Petitioner's Letter to Shanley (Petitioner's Exhibit 17 at Second Habeas Hearing) |
| 11 | 2HM | Second Habeas Memorandum |
| 12 | | Department of Probation Presentence Investigation Report (Petitioner's Exhibit 7 At Second Habeas Hearing) |

\*  Counsel for petitioner informs the court that the only copy of the trial transcript available (obtained from the Chief Public Defender's Office) did not contain page 116, and the last few pages of petitioner Denby's testimony. The transcript herein ends on Page 334.

\*\*  For the reasons above, the TCA attached hereto is missing pages 35, 61 and 97.

                   THE PETITIONER

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
email: bbloss@koskoff.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing Notice of Manual Filing has been mailed, postage prepaid, on this 7th day of December, 2004, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

                                                                                                      _____
                                                                                                       William M. Bloss