UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            :
**JOHN DENBY**                              :
                                            :  CIV. NO. 3:02-CV1143 (JBA) (JGM)
**VS.**                                     :
                                            :
**COMMISSIONER OF CORRECTION**              :  December 7, 2004
_____:

## NOTICE OF MANUAL FILING

Please take notice that the petitioner has manually filed the following document:

    Appendix of Exhibits to Memorandum of Law in Support of
    John Denby's 28 U.S.C. §2254 Petition for Writ of Habeas Corpus

The Appendix of Exhibits has been manually served on all parties.

                                  THE PETITIONER

                              By  _____
                                  William M. Bloss
                                  Federal Bar No. ct01008
                                  Koskoff Koskoff & Bieder, P.C.
                                  350 Fairfield Avenue
                                  Bridgeport, CT 06604
                                  TEL:  203-336-4421
                                  FAX:  203-368-3244
                                  email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Notice of Manual Filing has been mailed, postage prepaid, on this 7th day of December, 2004, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

                                                                _____
                                                                William M. Bloss