UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DENBY,<br>   *Petitioner* | : | CASE NO. 3:02CV1143(JBA)(JGM) |
| | : | |
| V. | : | |
| | : | |
| COMMISSIONER OF CORRECTION,<br>   *Respondent* | : | APRIL 11, 2005 |

MOTION FOR ENLARGEMENT OF TIME
NUNC PRO TUNC
WITHIN WHICH TO COMPLY WITH
THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondents hereby move for an enlargement of time, nunc pro tunc, to **May 27, 2005**, to file a response to the petitioner's memorandum of law in support of the petition. This is the respondent's second motion for an enlargement of time. The undersigned counsel has contacted the petitioner's counsel, Attorney William M. Bloss, and he consents to the granting of this motion. The petitioner is incarcerated.

In January 1993, the petitioner was convicted after a jury trial, Clark, J., presiding, of possession of cocaine with intent to sell by a non-drug-dependent person in violation of Connecticut General Statutes § 21a-278(b) and possession of cocaine with intent to sell within one thousand feet of a school in violation of § 21a-278a(b). The trial court imposed a term of imprisonment of nineteen years. The petitioner appealed and the Connecticut Appellate Court affirmed the conviction on August 16, 1994. State v. Denby, 35 Conn. App. 609, 646 A.2d 909 (1994). The petitioner next sought discretionary review by the Connecticut Supreme Court. That Court granted review but then affirmed the judgment of conviction on December 5, 1995. State v. Denby, 235 Conn. 477, 668 A.2d 682 (1995).

Meanwhile, in May 1995, the petitioner filed a petition for writ of habeas corpus in the Superior Court for the judicial district of New Haven. In that proceeding, he asserted that he had been denied the effective assistance of counsel at his 1993 criminal trial. After hearing the petitioner's evidence in support of his petition, the state habeas court dismissed the petition on November 4, 1996. The petitioner appealed. On February 3, 1998, the Connecticut Appellate Court affirmed the judgment of the state habeas court. Denby v. Commissioner of Correction, 47 Conn. App. 931, 707 A.2d 1287 (1998) (per curiam). The petitioner next filed a petition seeking discretionary review by the Connecticut Supreme Court. That petition was denied on March 17, 1998. Denby v. Commissioner of Correction, 244 Conn. 909, 713 A.2d 828 (1998).

In 1997 and 1998, the petitioner initiated three additional state habeas actions. These matters were consolidated. At his second habeas trial, the petitioner claimed that he had been denied the effective assistance of counsel in his prior state habeas proceeding and that he was actually innocent of the charged offenses. On January 6, 2000, the second state habeas court dismissed that petition. On November 13, 2001, the Connecticut Appellate Court affirmed the judgment of the second state habeas court. Denby v. Commissioner of Correction, 66 Conn. App. 809, 786 A.2d 442 (2001). The petitioner then filed a petition seeking discretionary review by the Connecticut Supreme Court. That petition was denied on January 3, 2002. Denby v. Commissioner of Correction, 259 Conn. 908, 789 A.2d 994 (2002).

The petitioner now seeks relief in this proceeding brought under 28 U.S.C. § 2254. Specifically, he raises two claims of error. First, he alleges that he was denied the effective

assistance of counsel at his 1993 criminal trial.  Second, he claims that he is actually innocent.

The grounds for this motion are:

1. Due to a close family member's recent heath crisis, the undersigned attorney has been absent from her office for numerous days during the months of March and April 2005.

2. At this time, the undersigned counsel is preparing the respondent-appellee's brief in the habeas corpus matter of Martin F. Dickinson v. Garrell Mullaney, et al., A.C. 25704.  That brief must be filed in the Connecticut Appellate Court on April 19, 2005.

3. The undersigned counsel is preparing to represent the respondent in the state habeas corpus trials of Michael Hilton v. Warden, State Prison, Docket No. CV03-0825394, Superior Court in the judicial district of Tolland on *April 15, 2005*; Thomas Hicks v. Warden, State Prison, Docket No. CV04-4364, Superior Court in the judicial district of Tolland on *April 21, 2005*; and William Billington v. Warden, Cheshire, Docket No. CV01-0449182, Superior Court in the judicial district of New Haven on *April 28, 2005*; and Joshua McRae v. Warden, State Prison, Docket No. CV03-4287, Superior Court in the judicial district of Tolland on *May 2, 2005*.

4. The undersigned counsel further is preparing the respondent's responses to show cause orders in the federal habeas corpus matters of Carlos Figueroa v. Commissioner of Correction, Case No. 3:04CV454(SRU)(WIG), U.S. District Court, District of Connecticut; Anthony Carter v. Warden James Dzurenda, Case No. 3:04CV1691 (JBA)(JGM), U.S. District Court, District of Connecticut; and Allan C. Nicholson v. Warden

David Strange, Case No. 3:05CV137(SRU)(WIG), U.S. District Court, District of Connecticut.

 5. On March 1, 2005, the undersigned counsel represented the respondent at the state habeas trial in the matter of <u>Scott Robare v. Warden, Corrigan Correctional Institution</u>, Docket Number CV00-0555967-S, Superior Court in the judicial district of New London.

 6. Due to these and other considerations, the respondent hereby moves this court for a enlargement of time to **May 27, 2005**, to file a response in the above-captioned matter.

    Respectfully submitted,

    RESPONDENT–COMMISSIONER OF
    CORRECTION


  By: _____
    JO ANNE SULIK
    Assistant State's Attorney
    Civil Litigation Bureau
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, Connecticut 06067
    (860) 258-5887
    (860) 258-5968 (facsimile)
    E-mail: JoAnne.Sulik@po.state.ct.us
    Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Attorney William M. Bloss, Koskoff, Koskoff & Bieder, P.C., 350 Fairfield Avenue, Bridgeport, Connecticut 06604, (203) 336-4421, (203) 368-3244 (facsimile), on April 11, 2005.

                                                  JO ANNE SULIK
                                                  Assistant State's Attorney