IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
                                                :
JOHN A. DENBY                                   :        3:02 CV 1143 (JGM)
                                                :
v.                                              :
                                                :
COMMISSIONER OF CORRECTIONS                     :        DATE: MAY 24, 2005
                                                :
-----------------------------------------------------------x

ORDER

Petitioner commenced this habeas corpus action, pro se, on July 2, 2002 (Dkt. #1) and May 28, 2003, pro bono counsel was appointed.  (Dkt. #17).  On April 19, 2004, the parties consented to jurisdiction before this U.S. Magistrate Judge.  (Dkt. #23).  Two weeks later, the Court set deadlines for the filing of dispositive motions (Dkts. #24-25), which deadlines were extended four times, from May 30, 2004 through December 6, 2004.  (Dkts. ##27-28, 30-36).  Petitioner filed his Petition for Writ of Habeas Corpus on December 7, 2004.  (Dkt. #37).  Respondent's brief in opposition was due on January 6, 2005.

On February 22, 2005, after repeated telephone calls from Chambers, respondent filed his Motion for Extension of Time (Dkt. #38), which was granted six days later, extending the deadline until March 31, 2005.  (Dkt. #39).   This deadline also lapsed and on April 12, 2005, after another phone call from Chambers, respondent filed another Motion for Extension of Time on April 12, 2005 (Dkt. #40), which was granted in large part the next day, extending the deadline until May 20, 2005.  (Dkt. #41).  The electronic margin endorsement provided: "THERE SHALL BE NO FURTHER EXTENSIONS."  (Id.)(emphasis in original).  To date, respondent has not filed his brief in opposition.

IF RESPONDENT FAILS TO FILE HIS BRIEF IN OPPOSITION **ON OR BEFORE JUNE 10, 2005,** THE PETITION FOR WRIT OF HABEAS CORPUS WILL BE GRANTED,

<u>ABSENT OBJECTION.</u>

Dated at New Haven, Connecticut, this 24th day of May, 2005.


_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge