UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DENBY, | : | CASE NO. 3:02CV1143(JBA)(JGM) |
| *Petitioner* | : | |
| | : | |
| V. | : | |
| COMMISSIONER OF CORRECTION, | : | MAY 23, 2005 |
| *Respondent* | : | |

MOTION FOR ENLARGEMENT OF TIME
NUNC PRO TUNC
WITHIN WHICH TO COMPLY WITH
THE COURT'S SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to Monday, **May 23, 2005**, to file a response to the Court's "Order to Show Cause." That response was due on Friday, May 20, 2005 and the Court indicated that "there shall be no further extensions." The respondent's response to the show cause order accompanies this motion. This the respondent's third motion for an enlargement of time. The undersigned counsel has been unsuccessful in her attempt to contact opposing counsel, Attorney William M. Bloss, to determine whether he consents or objects to the granting of this motion.

The grounds for this motion are:

1.  The undersigned counsel attempted to meet the deadline of Friday, May 20, 2005 which was set by the Court. A family member suffered a health crisis on the afternoon of May 19, 2005, making it impossible for the undersigned to complete the response in time to meet that deadline. The undersigned was needed by her family.

2.  The undersigned counsel represented the respondent in the state habeas corpus trials of <u>Joshua McRae v. Warden, State Prison</u>, Docket No. CV03-4287, Superior

Court in the judicial district of Tolland on *May 17, 2005* and <u>Michael Hilton v. Warden, State Prison</u>, Docket No. CV03-0825394, Superior Court in the judicial district of Tolland on *May 20, 2005.*

3. On May 13, 2005, the undersigned counsel filed the respondent's response to the Court's order to show cause in the habeas corpus matter of <u>Carlos Figueroa v. Commissioner of Correction</u>, Case No. 3:04CV454(SRU)(WIG), U.S. District Court, District of Connecticut. This response included a 64-page memorandum of law.

4. Due to the time sensitive nature of the case, during the week of May 9 - 13, 2005, the undersigned counsel was charged with representing the respondent in the matter of <u>Michael B. Ross by his next friend, Donna Dunham v. Theresa Lantz, Commissioner of Correction, et al.</u>, Case No. 3:05CV758(CFD), U.S. District Court, District of Connecticut. In that case, I was required to file a motion to dismiss and supporting memorandum of law on short notice.

5. On April 27, 2005, the undersigned counsel filed the respondent-appellee's brief with the Connecticut Appellate Court in the state habeas corpus matter of <u>Martin F. Dickinson v. Garrell Mullaney, et al.</u>, A.C. 25704.

6. Finally, the undersigned counsel is preparing the respondent's responses to show cause orders in several Federal habeas corpus proceedings. In the matter of <u>Anthony Carter v. Warden James Dzurenda</u>, Case No. 3:04CV1691(JBA)(JGM), U.S. District Court, District of Connecticut, the respondent's response is due to be filed on or before *June 10, 2005*. In the matter of <u>Martyn Bruno v. Commissioner of Correction</u>, Case No. 3:04CV101(RNC), U.S. District Court, District of Connecticut, the respondent's response is due to be filed on or before *June 27, 2005*. In the matter of <u>Allan C. Nicholson</u>

<u>v. Warden David Strange</u>, Case No. 3:05CV137(SRU), U.S. District Court, District of Connecticut, the respondent's response is due to be filed on or before *June 30, 2005*.

7.    Due to these and other considerations, the respondent hereby moves this Court for a enlargement of time to **May 23, 2005**, to file its response in the above-captioned matter.

                              Respectfully Submitted,

                              RESPONDENT–COMMISSIONER OF CORRECTION

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Attorney William M. Bloss, Koskoff, Koskoff & Bieder, P.C., 350 Fairfield Avenue, Bridgeport, Connecticut 06604, (203) 336-4421, (203) 368-3244 (facsimile) on May 23, 2005.

_____
JO ANNE SULIK
Assistant State's Attorney