UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DENBY,                          :        CASE NO.  3:02CV1143(JBA)(JGM)
    *Petitioner*                    :
                                         :

V.                                              :

                                         :

COMMISSIONER OF CORRECTION,          :        MAY 23, 2005
    *Respondent*                    :

Please take notice that the respondent has manually filed the following documents:

All Appendices To Its Answer

These documents have not been filed electronically because

[ X ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil
       Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

RESPONDENT--COMMISSIONER OF
CORRECTION

By:    _____
      JO ANNE SULIK
      Assistant State's Attorney
      Civil Litigation Bureau
      Office of the Chief State's Attorney
      300 Corporate Place
      Rocky Hill, Connecticut 06067
      (860) 258-5887
      (860) 258-5968 (facsimile)
      Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to Attorney William M. Bloss, Koskoff, Koskoff & Bieder, P.C., 350 Fairfield Avenue, Bridgeport, Connecticut 06604, (203) 336-4421, (203) 368-3244 (facsimile) on May 23, 2005.

JO ANNE SULIK

Assistant State's Attorney