**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOHN DENBY

    v.                                                        Civil No.  3:02CV1143(JGM)

COMMISSIONER OF CORRECTION

## **JUDGMENT**

    This matter came on for consideration on petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 before the Honorable Joan G. Margolis, United States Magistrate Judge.

    The Court has reviewed all of the papers filed in conjunction with the application and on August  4, 2005, entered a Ruling denying petitioner's Application for Writ of Habeas Corpus.

    It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

    Dated at New Haven, Connecticut, this 10th day of August, 2005.

                    KEVIN F.  ROWE, CLERK
                    By
                        /s/
                    P.A. Moore
                    Deputy Clerk

EOD: _____