UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    :
**JOHN DENBY**                      :
                                    :   CIV. NO. 3:02-CV1143 (JBA) (JGM)
**VS.**                             :
                                    :
**COMMISSIONER OF CORRECTION**      :   September 6, 2005
_____ :

## MOTION FOR CERTIFICATE OF APPEALABILITY

The petitioner in the above-referenced case hereby moves pursuant to 28 U.S.C. § 2253 that the Court issue a certificate of appealability allowing him to appeal the Court's denial of his petition for writ of habeas corpus, on the ground that he has made a substantial showing of the denial of a federal right, specifically the right to effective assistance of counsel, which should be considered by an appellate court. A memorandum accompanies this motion.

THE PETITIONER

By _____
   William M. Bloss
   Federal Bar No. ct01008
   Koskoff Koskoff & Bieder, P.C.
   350 Fairfield Avenue
   Bridgeport, CT 06604
   TEL: 203-336-4421
   FAX: 203-368-3244
   email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion to Extend Time has been mailed, postage prepaid, on this 6th day of September, 2005, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

                                                          _____
                                                             William M. Bloss