UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
: 
JOHN DENBY : 
: CIV. NO. 3:02-CV1143 (JBA) (JGM)
VS. : 
: 
COMMISSIONER OF CORRECTION : September 6, 2005
_____:

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

The petitioner in the above-referenced case hereby moves pursuant to Fed. R. App. P. 4(a)(5) that the Court extend the time for filing an appeal for a period of thirty days, from September 9, 2005, to October 10, 2005 (or the next day that the Court is open), on the ground that the petitioner has filed a motion for a certificate of appealability under 28 U.S.C. § 2253, and that motion must be ruled on before proceeding with the appeal. This is the first extension addressed to this time limit. Counsel for the respondent has no objection to the granting of this motion for extension of time.

THE PETITIONER


By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL:  203-336-4421
FAX:  203-368-3244
email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion to Extend Time has been mailed, postage prepaid, on this 6th day of September, 2005, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

                                                                                      _____
                                                                                         William M. Bloss