UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DENBY | : |
| | : |
| VS. | : CIV. NO. 3:02-CV1143 (JBA) (JGM) |
| | : |
| COMMISSIONER OF CORRECTION | : October 11, 2005 |

## NOTICE OF APPEAL

Notice is hereby given that the petitioner John Denby hereby appeals the final judgment of the district court dismissing his petition, dated August 10, 2005, to the United States Court of Appeals for the Second Circuit, in forma pauperis.

THE PETITIONER

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Appeal has been mailed, postage prepaid, on this 11th day of October, 2005, to all counsel of record, as follows:

Jo Ann Sulik, Esquire
Assistant States Attorney
300 Corporate Place
Rocky Hill, CT 06067

_____
William M. Bloss